

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00022-CR

DEBORAH K. BLAIR                                                        APPELLANT

V.

THE STATE OF TEXAS                                                          STATE

------------

FROM COUNTY CRIMINAL COURT NO. 3 OF TARRANT COUNTY

------------

## ABATEMENT ORDER

------------

On April 16, 2013, the court sent Appellant Deborah K. Blair a letter to inform her that her court-appointed attorney had filed a motion to withdraw as counsel on appeal and a brief supporting that motion and to give appellant notice of her right to examine a copy of the appellate record and her right to respond to the *Anders* brief. Our correspondence was returned on April 23, 2013, with no forwarding address.

We therefore abate this appeal and remand this case to the trial court.

The trial court shall conduct a hearing, with appellant, appellant's counsel, and a representative of the State present, to determine whether appellant desires to prosecute her appeal, to obtain a valid mailing address and telephone number for appellant should she wish to continue her appeal, and to take any other measures that the trial court deems necessary to ensure that appellant does not forfeit her right to appeal. The trial court shall take any step necessary to ensure appellant's presence at the hearing.

The trial court shall file a record of the hearing in this court on or before **Friday, June 21, 2013**. The record shall include a supplemental clerk's record and supplemental reporter's record. On our receipt of the supplemental record, the appeal of this cause shall be automatically reinstated without further order. Should appellant wish to prosecute her appeal, the time for filing appellant's pro se response to the *Anders* brief shall run from the date of the filing of the supplemental clerk's record or supplemental reporter's record, whichever is filed last.

The clerk of this court shall transmit a copy of this order to the appellant, the attorneys of record, the trial court judge, the trial court clerk, and the court reporter.

DATED May 7, 2013.

PER CURIAM

2